**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

A.S.A.                                             :
                                                   :
            Petitioner,                            :
                                                   :
v.                                                 :       Case No. 4:26-cv-14-CDL-AGH
                                                   :              28 U.S.C. § 2241
Warden, STEWART DETENTION             :
CENTER,                                            :
                                                   :
            Respondent.                            :
_____

## ORDER

On January 28, 2026, Respondent filed a Motion to Dismiss Petitioner's application for habeas relief (ECF No. 6). On February 18, 2026, the Court notified Petitioner of his right to respond to the motion within thirty days. Order 2, ECF No. 7. Petitioner was informed that if he did not respond to the motion to rebut Respondent's legal arguments, the statements therein could be "accepted as uncontested and correct." *Id.* at 1-2. The time for Petitioner to respond to Respondent's motion to dismiss has passed, and he has not responded to rebut his legal arguments.

Petitioner is, therefore, **ORDERED** to **SHOW CAUSE** to the Court, **WITHIN FOURTEEN (14) DAYS** from the date of this Order, why Respondent's arguments should not be accepted as uncontested and correct, the motion deemed unopposed, and the motion to dismiss granted. Should Petitioner fail to respond, his petition will likely be dismissed.

2

**SO ORDERED**, this 17th day of April, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

2