IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

AL SALAMEH AMMAR,                              *

        Petitioner,                        *

v.                                                  Case No.  4:26-cv-14-CDL-AGH

                                *

WARDEN, STEWART DETENTION CENTER,

        Respondent.                        *

_____          *

## J U D G M E N T

Pursuant to this Court's Order dated 6/30/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of June, 2026.

                David W. Bunt, Clerk

                s/ Elizabeth S. Long, Deputy Clerk